# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JAMES GLOVER, # N-63676, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 17-cv-282-MJR |
| JANE DOE (Warden), and JOHN BALDWIN, | ) |
| Defendants. | ) |

# JUDGMENT IN A CIVIL CASE

This action came before the Court, Chief District Judge Michael J. Reagan, and the following decision was reached:

**JUDGMENT IS HEREBY ENTERED AGAINST** Plaintiff and **IN FAVOR OF** Defendants. Plaintiff shall recover nothing, and the action is **DISMISSED on the merits without prejudice,** the parties to bear their own costs. This dismissal shall count as one of Plaintiff's three allotted "strikes" under 28 U.S.C. § 1915(g).

**DATED**: 5/1/2017

JUSTINE FLANAGAN, ACTING CLERK

By: s/ Jo Ann Juengel
     Deputy Clerk

APPROVED: _____
Michael J. Reagan, Chief Judge
United States District Court